1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

ABDULLAH NASSER,

9

Petitioner,

CASE NO. 2:22-cv-01150-LK-BAT

10

v.

**ORDER APPOINTING FEDERAL
PUBLIC DEFENDER**

11

MERRICK GARLAND, et al,

12

Respondent.

13     Petitioner moves the Court to appoint the Federal Public Defender ("FPD") as counsel,

14  and the FPD has asked the Court to grant petitioner's request.  Having considered these requests,

15  as well as petitioner's financial eligibility, the Court **ORDERS**:

16     (1)     Petitioner's motion for appointment of counsel, Dkt. **2**, is **GRANTED**.

17     (2)     The FPD is appointed to represent petitioner in this case.

18     (3)     The Clerk shall provide a copy of this Order to petitioner, the FPD, and the

19  assigned District Judge.

20     DATED this 17th day of August, 2022.

21

22     _____
       BRIAN A. TSUCHIDA
       United States Magistrate Judge

23

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 1